## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | | |
|---|---|---|
| JOHN C. POFFENBARGER, in his capacity as Trustee of the ARTHUR L. POFFENBARGER IRREVOCALE TRUST DATED 7/9/98, AS AMENDED AND RESTATED, *et al.* | * | |
| | * | |
| | * | |
| Plaintiffs | * | CIVIL ACTION NO.: 1:18-cv-3068 |
| v. | * | |
| NORTHWESTERN MUTUAL | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

☒   I certify, as party/counsel in this case that  The Northwestern Mutual Life Insurance Company
         (name of party)
is not an affiliate or parent of any publicly traded corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

☐   The following corporate affiliations exist with  The Northwestern Mutual Life Insurance Company: (name of party)
_____.
                          (names of affiliates)
☐   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
        (names of entities with possible financial interests)

_____Oct. 5, 2018_____        _____[signature]_____
*Date*                              *Signature*

                                    _David A. Carter_        _04898_
                                    *Printed Name*          *Bar Number*

                                    _10 E. Baltimore Street, Suite 1405_
                                    *Address*

                                    _Baltimore, Maryland 21202_
                                    *City/State/Zip*

                                    _410-244-5800_           _410 244-5810_
                                    *Phone No.*              *Fax No.*

---

U.S. District Court (6/13/2003) Disclosure of Corporate Interest        2